IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN WALTER GERMAINE,

    Plaintiff,

v.

MARIKA NYMAN ST. GERMAIN,
E. ROSS ZIMMERMAN,
BRIAN J. COOKE, BUCKINGHAM
DOOLITTE & BURROUGHS, LLP,
TD AMERITRADE, WACHOVIA
SECURITIES, AMERICAN FAMILY
CREDIT UNION and VIRGINIA UTLEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-515-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Marika Nyman St. Germain, E. Ross Zimmerman, Brian J. Cooke, Buckingham Doolittle & Burroughs, LLP, TD Ameritrade, Wachovia Securities, American Family Credit Union and Virginia Utley granting their motions to dismiss this case for lack of subject matter of jurisdiction.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

11/5/10
Date